(April 23, 1945.)

JENNIE BALMANNO, as Administratrix of the Estate of ALEXANDER W. BALMANNO, Deceased, Appellant, v. GRACE NYE (Substituted for PRUDENTIAL INSURANCE COMPANY OF AMERICA), Respondent.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present —Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

LILY DACHE et al., Appellants-Respondents, v. ABRAHAM & STRAUS, INC., Defendant, and NEWS SYNDICATE Co., Respondent-Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See ante, p. 692.]

BRADLEY DELEHANTY, as Surviving Trustee for Certificate Holders of Guarantee No. 171038 of the BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. EUGENE R. HURLEY et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See ante, p. 672.]

JOHN DIOGUARDI, Appellant, v. PASQUALE PESCE, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. From the papers it appears that the appeal is without merit. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

ROSE FREUDENTHAL, Respondent, v. CORNELL CONTRACTING CORPORATION, Appellant, et al., Defendants. HENRY L. BOSCHEN et al., Respondents, v. CORNELL CONTRACTING CORPORATION, Appellant, et al., Defendants. LILLIAN COHEN, Respondent, v. CORNELL CONTRACTING CORPORATION, Appellant, et al., Defendants. FANNIE M. ROSENBLAT, Respondent, v. CORNELL CONTRACTING CORPORATION, Appellant, et al., Defendants. ELSIE F. RUNNE, Respondent, v. CORNELL CONTRACTING CORPORATION, Appellant, et al., Defendants. LIZZIE TENNE, Respondent, v. CORNELL CONTRACTING CORPORATION, Appellant, et al., Defendants.— Motion for reargument denied, without costs. Motion for stay denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See ante, pp. 700, 698, 699, 705, 706.]

In the Matter of OWEN M. QUINN et al., Petitioners, for Removal of ARCHER GUION from the Office of Receiver of Taxes of the Town of Mount Pleasant, Westchester County, Respondent.— The report of the Official Referee is confirmed, the petition granted, and respondent removed from the office of Receiver of Taxes of the Town of Mount Pleasant, Westchester County, such removal to become effective as of May 1, 1945. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See 267 App. Div. 913.]

In the Matter of FRANK J. HERLIHY, Petitioner, against EVANS WARD et al., Constituting the Westchester County Park Commission, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See ante, p. 675.]